# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    AMY ELIZABETH WARD                               Case No.: 1-17-04176-HWV
                                                                              Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**         **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SELENE FINANCE, LP |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 4681/PRE ARREARS/1444 WHEATFIELD DR |
| Property Address if applicable: | 1444 WHEATFIELD DRIVE, , YORK, PA17408 |

**PART 2:**         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:     $6,358.69
b. Prepetition arrearages paid by the Trustee:     $6,358.69
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):     $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e. Allowed postpetition arrearage:     $0.00
f. Postpetition arrearages paid by the Trustee:     $0.00
g. Total b, d, f:     $6,358.69

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 1, 2022   Respectfully submitted,

        s/ Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA  17036
        Phone:  (717) 566-6097
        Fax:  (717) 566-8313
        eMail:  info@pamd13trustee.com

Creditor Name: SELENE FINANCE, LP
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1202691 | 06/06/2019 | $160.63 | $0.00 | $160.63 |
| 5200 | 1204029 | 07/11/2019 | $283.59 | $0.00 | $283.59 |
| 5200 | 1205445 | 08/07/2019 | $94.53 | $0.00 | $94.53 |
| 5200 | 1206811 | 09/26/2019 | $382.59 | $0.00 | $382.59 |
| 5200 | 1208269 | 10/10/2019 | $99.00 | $0.00 | $99.00 |
| 5200 | 1209226 | 11/07/2019 | $189.48 | $0.00 | $189.48 |
| 5200 | 1210507 | 12/12/2019 | $284.22 | $0.00 | $284.22 |
| 5200 | 1211904 | 01/16/2020 | $189.48 | $0.00 | $189.48 |
| 5200 | 1213267 | 02/13/2020 | $94.74 | $0.00 | $94.74 |
| 5200 | 1214582 | 03/12/2020 | $189.48 | $0.00 | $189.48 |
| 5200 | 1215897 | 04/14/2020 | $284.22 | $0.00 | $284.22 |
| 5200 | 1217098 | 05/06/2020 | $91.39 | $0.00 | $91.39 |
| 5200 | 1218038 | 06/02/2020 | $182.78 | $0.00 | $182.78 |
| 5200 | 1219024 | 07/07/2020 | $274.17 | $0.00 | $274.17 |
| 5200 | 1220101 | 08/12/2020 | $182.78 | $0.00 | $182.78 |
| 5200 | 1221135 | 09/17/2020 | $274.17 | $0.00 | $274.17 |
| 5200 | 1222188 | 10/15/2020 | $91.39 | $0.00 | $91.39 |
| 5200 | 1223209 | 11/03/2020 | $184.80 | $0.00 | $184.80 |
| 5200 | 1224076 | 12/10/2020 | $184.80 | $0.00 | $184.80 |
| 5200 | 1225879 | 01/19/2021 | $184.80 | $0.00 | $184.80 |
| 5200 | 1226888 | 02/17/2021 | $277.20 | $0.00 | $277.20 |
| 5200 | 1227903 | 03/17/2021 | $277.20 | $0.00 | $277.20 |
| 5200 | 1228925 | 04/15/2021 | $184.80 | $0.00 | $184.80 |
| 5200 | 2000294 | 05/18/2021 | $184.80 | $0.00 | $184.80 |
| 5200 | 2001318 | 06/16/2021 | $190.90 | $0.00 | $190.90 |
| 5200 | 2002292 | 07/14/2021 | $190.90 | $0.00 | $190.90 |
| 5200 | 2003326 | 08/18/2021 | $286.35 | $0.00 | $286.35 |
| 5200 | 2004376 | 09/14/2021 | $95.45 | $0.00 | $95.45 |
| 5200 | 2005380 | 10/14/2021 | $286.35 | $0.00 | $286.35 |
| 5200 | 2006426 | 11/16/2021 | $185.42 | $0.00 | $185.42 |
| 5200 | 2007977 | 12/15/2021 | $185.42 | $0.00 | $185.42 |
| 5200 | 2009001 | 01/19/2022 | $110.86 | $0.00 | $110.86 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

AMY ELIZABETH WARD　　　　　　　　　　Case No.: 1-17-04176-HWV
　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA,　17011- | SERVED ELECTRONICALLY |
| SELENE FINANCE, LP<br>ATTN:　BK DEPARTMENT<br>9990 RICHMOND AVENUE, SUITE 400 SOUTH<br>HOUSTON, TX,　77042 | SERVED BY 1ST CLASS MAIL |
| AMY ELIZABETH WARD<br>1444 WHEATFIELD DRIVE<br>YORK, PA　17408 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2022　　　　　　　　　　s/　Donna Schott
　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　Hummelstown, PA　17036
　　　　　　　　　　　　　　　　　　　　Phone:　(717) 566-6097
　　　　　　　　　　　　　　　　　　　　Fax:　(717) 566-8313
　　　　　　　　　　　　　　　　　　　　eMail:　info@pamd13trustee.com