Debtor 1     Amy Elizabeth Ward

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                          (State)

Case number 1:17-bk-04176-HWV

# Form 4100R
# Response to Notice of Final Cure                  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

**Court claim no. (if known):** 8

**Last 4 digits** of any number you use to identify the debtor's account: 4681

**Property address:** 1444 WHEATFIELD DR ,
                          Number      Street

                        YORK, PA 17408
                        City                 State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $_____

## Part 3: Postpetition Mortgage

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                                        MM/DD/YYYY

[X] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                  (a) $19,616.08

b. Total fees, charges, expenses, escrow and costs outstanding (PPFN filed 7/26/2018):    + (b) $650.00

c. Total suspense:                                                 - (c) $439.47

d. Total.                                                                 (d) 19,826.61

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     11 / 1 / 2020
                                                                    MM/ DD/ YYYY

| Debtor 1 | Amy Elizabeth Ward | | | Case number (if known) | 1:17-bk-04176-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Charles G. Wohlrab
Signature

Date 02/17/2022

Print    Charles G. Wohlrab, Esq.
         First Name    Middle Name    Last Name

Title Authorized Agent

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    130 Clinton Rd #202
           Number    Street

           Fairfield, NJ 7004
           City         State         ZIP Code

Contact    470-321-7112

Email cwohlrab@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on February 18, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Amy Elizabeth Ward
1444 Wheatfield Drive
York, PA 17408

And via electronic mail to:

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                By: /s/ Esther Kudron

## PAYMENT HISTORY

| PAYMENT HISTORY PER MSP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | | | POST-PETITION | | | | | | | |
| FILING DATE | | | PAYMENT CHANGES | | | | | | | |
| PAYMENTS IN POC | | | EFFECTIVE | 11/1/2017 | 2/1/2018 | 11/1/2018 | 11/1/2019 | 11/1/2020 | 3/1/2021 | 4/1/2022 |
| FIRST POST-PETITION DUE DATE | | | AMOUNT | $ 677.20 | $ 1,250.04 | $ 1,272.47 | $1,227.88 | $1,236.67 | $1,222.45 | $1,318.77 |
| | INCOMING FUNDS | | MANUAL HISTORY | | | | | COMMENTS | | |
| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS | | |
| STARTING BALANCES | | | | $ - | $ - | $ - | | | | |
| 11/2/2017 | | $ 1,251.00 | $677.20 | $ - | $ 573.80 | $ 573.80 | 11/1/2017 | | | |
| 11/3/2017 | | | | $ - | $ - | $ 573.80 | | | | |
| 12/18/2017 | | $ 1,250.04 | $677.20 | $ - | $ 572.84 | $ 1,146.64 | 12/1/2017 | | | |
| 1/2/2018 | | | $677.20 | $ - | $ (677.20) | $ 469.44 | 1/1/2018 | | | |
| 1/3/2018 | | | | $ - | $ - | $ 469.44 | | | | |
| 1/12/2018 | | $ 1,250.04 | $1,250.04 | $ - | $ - | $ 469.44 | 2/1/2018 | | | |
| 2/1/2018 | | $ 1,250.04 | $1,250.04 | $ - | $ - | $ 469.44 | 3/1/2018 | | | |
| 2/2/2018 | | | | $ - | $ - | $ 469.44 | | | | |
| 3/8/2018 | | $ 1,250.04 | $1,250.04 | $ - | $ - | $ 469.44 | 4/1/2018 | | | |
| 3/29/2018 | | $ 1,250.04 | $1,250.04 | $ - | $ - | $ 469.44 | 5/1/2018 | | | |
| 5/16/2018 | | $ 10.85 | | $ - | $ 10.85 | $ 480.29 | | | | |
| 5/24/2018 | | $ 1,250.04 | $1,250.04 | $ - | $ - | $ 480.29 | 6/1/2018 | | | |
| 7/3/2018 | | $ 1,250.04 | $1,250.04 | $ - | $ - | $ 480.29 | 7/1/2018 | | | |
| 7/24/2018 | | $ 1,204.50 | $1,250.04 | $ - | $ (45.54) | $ 434.75 | 8/1/2018 | | | |
| 7/30/2018 | | | | $ - | $ - | $ 434.75 | | | | |
| 7/30/2018 | | | | $ - | $ - | $ 434.75 | | | | |
| 7/30/2018 | | | | $ - | $ - | $ 434.75 | | | | |
| 7/30/2018 | | | | $ - | $ - | $ 434.75 | | | | |
| 8/17/2018 | | $ 1,250.04 | $1,250.04 | $ - | $ - | $ 434.75 | 9/1/2018 | | | |
| 8/31/2018 | | | | $ - | $ - | $ 434.75 | | | | |
| 9/12/2018 | | $ 1,250.04 | $1,250.04 | $ - | $ - | $ 434.75 | 10/1/2018 | | | |
| 10/8/2018 | | $ 1,250.04 | $1,272.47 | $ - | $ (22.43) | $ 412.32 | 11/1/2018 | | | |
| 11/8/2018 | | $ 1,272.47 | $1,272.47 | $ - | $ - | $ 412.32 | 12/1/2018 | | | |
| 12/10/2018 | | $ 1,273.00 | $1,272.47 | $ - | $ 0.53 | $ 412.85 | 1/1/2019 | | | |
| 1/17/2019 | | $ 1,273.00 | $1,272.47 | $ - | $ 0.53 | $ 413.38 | 2/1/2019 | | | |
| 2/14/2019 | | $ 1,272.47 | $1,272.47 | $ - | $ - | $ 413.38 | 3/1/2019 | | | |
| 3/15/2019 | | | | $ - | $ - | $ 413.38 | | | | |
| 3/27/2019 | | $ 1,272.47 | $1,272.47 | $ - | $ - | $ 413.38 | 4/1/2019 | | | |
| 4/23/2019 | | $ 1,273.00 | $1,272.47 | $ - | $ 0.53 | $ 413.91 | 5/1/2019 | | | |
| 5/22/2019 | | $ 1,275.00 | $1,272.47 | $ - | $ 2.53 | $ 416.44 | 6/1/2019 | | | |

| Date | Col A | Col B | Col C | Col D | Col E | Col F | Date2 |
|---|---|---|---|---|---|---|---|
| 6/13/2019 | $ 160.63 | | | $ - | $ - | $ 416.44 | |
| 6/29/2019 | | $ 1,272.47 | $1,272.47 | $ - | $ - | $ 416.44 | 7/1/2019 |
| 7/23/2019 | $ 283.59 | | | $ - | $ - | $ 416.44 | |
| 8/1/2019 | | $ 1,273.00 | $1,272.47 | $ - | $ 0.53 | $ 416.97 | 8/1/2019 |
| 8/20/2019 | $ 94.53 | | | $ - | $ - | $ 416.97 | |
| 8/21/2019 | | | | $ - | $ - | $ 416.97 | |
| 8/21/2019 | | | | $ - | $ - | $ 416.97 | |
| 8/29/2019 | | $ 1,273.00 | $1,272.47 | $ - | $ 0.53 | $ 417.50 | 9/1/2019 |
| 9/25/2019 | | $ 1,273.00 | $1,272.47 | $ - | $ 0.53 | $ 418.03 | 10/1/2019 |
| 10/1/2019 | $ 382.59 | | | $ - | $ - | $ 418.03 | |
| 10/17/2019 | $ 99.00 | | | $ - | $ - | $ 418.03 | |
| 10/23/2019 | | $ 1,273.00 | $1,227.88 | $ - | $ 45.12 | $ 463.15 | 11/1/2019 |
| 11/14/2019 | $ 189.48 | | | $ - | $ - | $ 463.15 | |
| 12/9/2019 | | $ 1,223.00 | $1,227.88 | $ - | $ (4.88) | $ 458.27 | 12/1/2019 |
| 12/10/2019 | | | | $ - | $ - | $ 458.27 | |
| 12/20/2019 | $ 284.22 | | | $ - | $ - | $ 458.27 | |
| 12/23/2019 | | | | $ - | $ - | $ 458.27 | |
| 1/2/2020 | | $ 1,223.00 | $1,227.88 | $ - | $ (4.88) | $ 453.39 | 1/1/2020 |
| 1/28/2020 | $ 189.48 | | | $ - | $ - | $ 453.39 | |
| 1/30/2020 | | $ 1,223.00 | $1,227.88 | $ - | $ (4.88) | $ 448.51 | 2/1/2020 |
| 2/19/2020 | $ 94.74 | | | $ - | $ - | $ 448.51 | |
| 2/29/2020 | | $ 1,223.00 | $1,227.88 | $ - | $ (4.88) | $ 443.63 | 3/1/2020 |
| 3/6/2020 | | | | $ - | $ - | $ 443.63 | |
| 3/18/2020 | $ 189.48 | | | $ - | $ - | $ 443.63 | |
| 4/9/2020 | | $ 1,228.00 | $1,227.88 | $ - | $ 0.12 | $ 443.75 | 4/1/2020 |
| 4/23/2020 | | $ 1,228.00 | $1,227.88 | $ - | $ 0.12 | $ 443.87 | 5/1/2020 |
| 4/24/2020 | $ 284.22 | | | $ - | $ - | $ 443.87 | |
| 5/12/2020 | $ 91.39 | | | $ - | $ - | $ 443.87 | |
| 6/4/2020 | | $ 1,228.00 | $1,227.88 | $ - | $ 0.12 | $ 443.99 | 6/1/2020 |
| 6/8/2020 | $ 182.78 | | | $ - | $ - | $ 443.99 | |
| 6/10/2020 | | | | $ - | $ - | $ 443.99 | |
| 7/2/2020 | | $ 1,228.00 | $1,227.88 | $ - | $ 0.12 | $ 444.11 | 7/1/2020 |
| 7/10/2020 | $ 274.17 | | | $ - | $ - | $ 444.11 | |
| 7/30/2020 | | $ 1,223.00 | $1,227.88 | $ - | $ (4.88) | $ 439.23 | 8/1/2020 |
| 8/11/2020 | | | | $ - | $ - | $ 439.23 | |
| 8/17/2020 | $ 182.78 | | | $ - | $ - | $ 439.23 | |
| 8/21/2020 | | | | $ - | $ - | $ 439.23 | |
| 9/11/2020 | | $ 1,228.00 | $1,227.88 | $ - | $ 0.12 | $ 439.35 | 9/1/2020 |
| 9/22/2020 | $ 274.17 | | | $ - | $ - | $ 439.35 | |
| 9/23/2020 | | | | $ - | $ - | $ 439.35 | |
| 10/8/2020 | | $ 1,228.00 | $1,227.88 | $ - | $ 0.12 | $ 439.47 | 10/1/2020 |
| 10/20/2020 | $ 91.39 | | | $ - | $ - | $ 439.47 | |
| 11/9/2020 | $ 184.80 | | | $ - | $ - | $ 439.47 | |
| 12/15/2020 | $ 184.80 | | | $ - | $ - | $ 439.47 | |
| 12/17/2020 | | | | $ - | $ - | $ 439.47 | |
| 1/25/2021 | $ 184.80 | | | $ - | $ - | $ 439.47 | |

| Date | Amount | | | | | Notes |
|---|---|---|---|---|---|---|
| 2/23/2021 | $ 277.20 | | $ - | $ - | $ 439.47 | |
| 3/16/2021 | | | $ - | $ - | $ 439.47 | |
| 3/22/2021 | $ 277.20 | | $ - | $ - | $ 439.47 | |
| 3/23/2021 | | | $ - | $ - | $ 439.47 | |
| 4/20/2021 | $ 184.80 | | $ - | $ - | $ 439.47 | |
| 5/24/2021 | $ 184.80 | | $ - | $ - | $ 439.47 | |
| 6/22/2021 | $ 190.90 | | $ - | $ - | $ 439.47 | |
| 7/21/2021 | $ 190.90 | | $ - | $ - | $ 439.47 | |
| 7/22/2021 | | | $ - | $ - | $ 439.47 | |
| 8/11/2021 | | | $ - | $ - | $ 439.47 | |
| 8/23/2021 | | | $ - | $ - | $ 439.47 | |
| 8/30/2021 | $ 286.35 | | $ - | $ - | $ 439.47 | |
| 9/30/2021 | $ 95.45 | | $ - | $ - | $ 439.47 | |
| 10/21/2021 | $ 286.35 | | $ - | $ - | $ 439.47 | |
| 10/22/2021 | | | $ - | $ - | $ 439.47 | |
| 12/8/2021 | $ 185.42 | | $ - | $ - | $ 439.47 | |
| 12/28/2021 | $ 185.42 | | $ - | $ - | $ 439.47 | |
| 1/26/2022 | $ 110.86 | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | |
| | | | $ - | $ - | $ 439.47 | Next due 11/01/2020 |
| | | | $ - | $ - | $ 439.47 | |