In re:                                                  Case No. 17-04176-HWV

Amy Elizabeth Ward                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke               Page 1 of 3

Date Rcvd: Mar 15, 2022           Form ID: 3180W               Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Elizabeth Ward, 1444 Wheatfield Drive, York, PA 17408-8543 |
| 4977105 | + | AWA Collections, 1045 West Katella Avenue, Orange, CA 92867-3561 |
| 4977104 | | Apothaker Scian, PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 4977106 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5448870 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite South, Attn: BK Dept, Houston, TX 77042-4559 |
| 5448871 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite South, Attn: BK Dept, Houston, TX 77042 U.S. Bank Trust National Association 77042-4559 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 15 2022 18:39:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd., Suite 170, Duluth, GA 30097-8461 |
| 4977109 | | Email/Text: bankruptcy@cavps.com | Mar 15 2022 18:39:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 4977107 | | EDI: CAPITALONE.COM | Mar 15 2022 22:38:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4992396 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 18:40:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5006495 | + | Email/Text: bankruptcy@cavps.com | Mar 15 2022 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5368280 | + | EDI: LCIBAYLN | Mar 15 2022 22:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5368279 | + | EDI: LCIBAYLN | Mar 15 2022 22:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 4977110 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 15 2022 18:40:17 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4977111 | | EDI: DISCOVER.COM | Mar 15 2022 22:38:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 4999352 | + | EDI: MID8.COM | Mar 15 2022 22:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4986071 | + | EDI: AGFINANCE.COM | Mar 15 2022 22:38:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 4977112 | | EDI: AGFINANCE.COM | Mar 15 2022 22:38:00 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 4977113 | | EDI: PRA.COM | | |

| Recip ID | Bypass | Notice Sent Date/Time | Name and Address |
| --- | --- | --- | --- |
| 5003257 | EDI: PRA.COM | Mar 15 2022 22:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| | | Mar 15 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4977114 | + Email/Text: bankruptcy@bbandt.com | Mar 15 2022 18:39:00 | Suntrust Bank, PO BOx 85092, Richmond, VA 23285-5092 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5020764 | | BAYVIEW LOAN SERVICING, LLC |
| 4977108 | * | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor Community Loan Servicing LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Amy Elizabeth Ward pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor COMMUNITY LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Amy Elizabeth Ward<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1874<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–04176–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amy Elizabeth Ward

3/15/22

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Case 1:17-bk-04176-HWV   Doc 54   Filed 03/17/22   Entered 03/18/22 00:21:58   Desc
Imaged Certificate of Notice   Page 4 of 6

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**