United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-04176-HWV
Amy Elizabeth Ward  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: May 03, 2022    Form ID: fnldec    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Amy Elizabeth Ward, 1444 Wheatfield Drive, York, PA 17408-8543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor Community Loan Servicing LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Amy Elizabeth Ward pmurphy@dplglaw.com kgreene@dplglaw.com |

| | | |
|---|---|---|
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com | |
| Rebecca Ann Solarz | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com | |
| Thomas Song | on behalf of Creditor COMMUNITY LOAN SERVICING LLC tomysong0@gmail.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Amy Elizabeth Ward,<br>**Debtor 1** | Chapter 13<br>Case No. 1:17−bk−04176−HWV |

Social Security No.:
　　　　　xxx−xx−1874

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 3, 2022

**fnldec** (01/22)